# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ICON PSG 1 FL, LLC** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 25-44 |
| | : | |
| **JENKINS COURT REALTY CO., L.P.** | : | |

## ORDER

This 2nd day of May, 2025, it is hereby **ORDERED** that the Defendant's Motion to Set Aside Default and Permit Answer, ECF 17, is **DENIED.**

      /s/ Gerald Austin McHugh
      United States District Judge