### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ICON PSG 1 FL, LLC** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 25-44 |
| | : | |
| **JENKINS COURT REALTY CO., L.P.** | : | |

### ORDER

This 18th day of July, 2025, it is hereby **ORDERED** that the Receiver's Motion to Hold Defendant and its Principal in Contempt, ECF 33, is **GRANTED** in part, as follows:

1) Jenkins Court Realty through its principal Phillip Pulley shall provide a full accounting as required by this Court's prior orders within 5 days, irrespective of Mr. Pulley's contention that he lacks information to complete the accounting. As to necessary information as to which he purportedly lacks access, he shall identify with precision the nature of such information, where such information was located, either in physical or electronic form when he last had access to it, and where, to the best of his knowledge such information currently is.

2) Within 5 days of this Order, Mr. Pulley shall admit representatives of the Receiver into the offices of Jenkins Court Realty and any other location where records pertinent to 610 Old York Road may exist and provide direct access to all paper and electronic files pertaining to 610 Old York Road.

3) Within 5 days of this Order, Mr. Pulley shall admit representatives of the Receiver into the offices of SBG Management and any other location where records pertinent to security, access and video surveillance of 610 Old York Road may exist and provide direct access to all paper and electronic files pertinent to security, access and video

surveillance of 610 Old York Road. Mr. Pulley shall also cooperate in sharing passwords and explaining the operation of any SBG system of service pertinent to security, access and video surveillance of 610 Old York Road.

4) Within 5 days of this Order, Mr. Pulley shall provide all documents and records pertinent to *Jenkins Court Realty Co LP v. Montgomery County Board of Assessment Appeals*, Case No. 2023-24837, and any other action by a governmental entity affecting the subject property.

5) As of July 26, 2025, failure to comply with any aspect of this Order will result in monetary sanctions commencing at $500 per day.

                                            /s/ Gerald Austin McHugh
                                           United States District Judge