**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ICON PSG 1 FL, LLC** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 25-44** |
| | : | |
| **JENKINS COURT REALTY CO., L.P.** | : | |

## **ORDER**

This 18th day of July, 2025, it is hereby **ORDERED** that Plaintiff ICON PSG 1 FL, LLC's

Request for Entry of Default Judgment, ECF 30, is **GRANTED** in the amount of $22,056,659.26,

the full payment due pursuant to the terms of the Loan Agreement.  This value incorporates the

full amount due to Plaintiff under the Loan Agreement at the time of the filing of the Complaint,

$20,456,811.14, as well as contractual interest calculated to total $1,599,848.12 as of Plaintiff's

May 27 Declaration, ECF 30-2.[1]  Any credits or offsets shall be appropriate for resolution at a later

stage of this litigation.

 /s/ Gerald Austin McHugh
United States District Judge

---

[1] Pursuant to the Loan Agreement, contractual interest has accrued at a rate of $13,199.27 per diem on the outstanding Loan Balance starting on January 26, 2025, the date on which the actual interest that had accrued on the Loan exceeded the Minimum Earned Interest.  ECF 30-2.