# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

ICON PSG 1 FL, LLC,

                      Plaintiff,

    v.

JENKINS COURT REALTY CO., L.P.

                      Defendants.

Civ. No. 2:25-cv-00044-GAM

## **NOTICE OF APPEAL**

Notice is hereby given that Jenkins Court Realty Co., L.P., Defendant in the above named case, appeals to the United States Court of Appeals for the Third Circuit pursuant to 28 U.S.C. §1291 and Fed. R. App. P. 4(A)(1)(a) from the order and judgment (Dkt. No. 45)[1] entered in this action on the 18th day of July, 2025[2] (1) granting the Request for Entry of Default Judgment and entering judgment against Defendant in the amount of $22,056,659.26.  This amount incorporates the full amount owed to Plaintiff under the Loan Agreement at the time of filing the Complaint, $20,456,811.14, plus contractual interest calculated in total as $1,599,848.12 as of May 27, 2025.[3] *See* Ex. A (Final Order and Entry of Default Judgment, 7/18/25 (Dkt. No. 45) and Memorandum, 7/28/23 (Dkt. No. 43)).

---

[1] Also on the 18th day of July, 2025, the District Court issued a memorandum (Dkt. No. 43) in support of the order and entry of default judgment.

[2] The deadline to file a notice of appeal after a final order and/or entry of judgment is thirty (30) days, which was Sunday August 17, 2025.  The deadline falls to the next business day, which is Monday August 18, 2025.  Plaintiff's notice of appeal is timely filed.

[3] On July 18, 2025, as part of the decision to enter Default Judgment, the District Court ordered (i) Plaintiff held in contempt, and (ii) the terms of the Lease Agreement modified. *See* Ex. B (Dkt. No. 46 (Order Modifying Lease Agreement); Dkt. No. 44 (Order Holding Plaintiff in Contempt)). These orders, issued the same day as entry of default judgment, are included in this appeal.

GOLDSTEIN LAW PARTNERS, LLC

BY: <u>/s/          Shawn M. Rodgers          </u>
     Michael Yanoff, Esquire (ID No. 19384)
     Shawn M. Rodgers, Esquire (ID No. 307598)
     610 Old York Road Suite 340
     Jenkintown, PA 19046
     (267) 627-2485
     myanoff@goldsteinlp.com
     srodgers@goldsteinlp.com

     *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I, Shawn M. Rodgers, Esquire, do hereby certify that on August 18, 2025, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania using the CM/ECF system. Counsel of record for all parties are registered CM/ECF users and will be served by the District Court's CM/ECF system.

*/s/ Shawn M. Rodgers*
SHAWN M. RODGERS, ESQUIRE