IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ICON PSG 1 FL, LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>JENKINS COURT REALTY CO., L.P.,<br><br>　　Defendant. | :<br>:<br>:   CIVIL ACTION<br>:<br>:   NO. 2:25-cv-00044-GAM<br>:<br>:<br>:<br>:<br>: |

**RECEIVER'S MOTION FOR ORDER FOR POSSESSION OR WRIT OF ASSISTANCE**

　　Trigild IVL, LLC, the Court-appointed receiver ("Receiver") for 610 Old York Road, Jenkintown, Pennsylvania (the "Property"), respectfully moves the Court for an order for possession with respect to a portion of the Property occupied by Defendant's affiliate SBG Management Services, Inc. (the "Premises"). In the alternative, Receiver moves the Court to direct the Clerk of Court to issue a writ in the form attached to Receiver's proposed order as **Exhibit A**, so that Receiver may more promptly obtain assistance from the United States Marshal in recovering possession of the Premises. In support of its motion, Receiver relies upon its supporting memorandum of law and the accompanying Declaration of Jonathan Lakner.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: October 14, 2025　　　　　　　　　　*/s/ Raymond A. Quaglia*
　　　　　　　　　　　　　　　　　　　　　Raymond A. Quaglia, Esq.
　　　　　　　　　　　　　　　　　　　　　Brian N. Kearney, Esq.
　　　　　　　　　　　　　　　　　　　　　Paul K. Ort, Esq.
　　　　　　　　　　　　　　　　　　　　　BALLARD SPAHR LLP
　　　　　　　　　　　　　　　　　　　　　1735 Market Street, 51st Floor
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 10103
　　　　　　　　　　　　　　　　　　　　　(215) 665-8500
　　　　　　　　　　　　　　　　　　　　　quaglia@ballardspahr.com
　　　　　　　　　　　　　　　　　　　　　kearneyb@ballardspahr.com
　　　　　　　　　　　　　　　　　　　　　ortp@ballardspahr.com
　　　　　　　　　　　　　　　　　　　　　Counsel for Receiver