# AFFIDAVIT OF SERVICE

| Case:<br>2:25-cv-00044-GAM | Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA | | Job:<br>14383410 (00439116) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>ICON PSG 1 FL, LLC | | **Defendant / Respondent:**<br>JENKINS COURT REALTY CO., L.P., | |
| **Received by:**<br>it's DONE! Courier on October 16, 2025 | | **For:**<br>Ballard Spahr LLP | |
| **To be served upon:**<br>SBG MANAGEMENT SERVICES, INC. | | | |

I, Jason Dalessio, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Jackie (last name not given), 610 OLD YORK ROAD, SUITE 375, JENKINTOWN, PA 19046
**Manner of Service:** Hand Delivered, Business, October 20, 2025, 12:14 pm EDT
**Documents:** RECEIVER'S MOTION FOR ORDER FOR POSSESSION OR WRIT OF ASSISTANCE, RECEIVER'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR ORDER FOR POSSESSION OR WRIT OF ASSISTANCE, DECLARATION OF JONATHAN LAKNER, with EXHIBITS, [PROPOSED] ORDER with PROPOSED WRIT OF ASSISTANCE as EXHIBIT A

**Additional Comments:**
Successful Attempt: October 20, 2025, 12:14 pm EDT at 610 OLD YORK ROAD, SUITE 375, JENKINTOWN, PA 19046. Accepted by Jackie (authorized agent in charge).
Age: 50; Ethnicity: Caucasian; Gender: Female; Weight: 130; Height: 5'3"; Hair: Blonde;

**GPS Coordinates 40.1008045, -75.1251252**

Jason Dalessio        10/21/25
                         Date

it's DONE! Courier
2142 S Broad Street, Lower Level
Philadelphia, PA 19145
215-925-3663

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public
                    10/21/25
Date            Commission Expires

Commonwealth of Pennsylvania – Notary Seal
Andrea Patterson, Notary Public
Philadelphia County
My Commission Expires February 21, 2026
Commission Number 1167739