IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ICON PSG 1 FL, LLC** | : | |
| | : | **CIVIL ACTION** |
| v. | : | **No. 25-44** |
| | : | |
| **JENKINS COURT REALTY CO., L.P.** | : | |

**ORDER**

This 10th day of November, 2025, upon consideration of the motion by Trigild IVL, LLC, Court-appointed receiver ("Receiver"), for order for possession or writ of assistance, ECF 55, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that:

1. Receiver is entitled to possession of that certain third floor premises located at the Jenkins Court at 610 Old York Road, Jenkintown, Pennsylvania 19046, Suite 375, containing approximately 8,000 square feet ("Premises"), based on nonpayment of rent in the amount of $80,856.00 ("Overdue Rent").

2. If SBG Management Services, Inc. does not vacate the Premises within fifteen days of entry of this Order, Receiver may file a praecipe for writ of assistance. The Clerk of Court shall thereupon issue a writ of assistance to Receiver in the form attached hereto as *Exhibit A*.

3. At any time before the writ of assistance is actually executed, SBG Management Services, Inc. may supersede and render the writ of no effect by paying the Overdue Rent to Receiver, or the United States Marshal or deputy marshal.

    /s/ Gerald Austin McHugh
United States District Judge

*Exhibit A- Writ of Assistance*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ICON PSG 1 FL, LLC** | : | |
| | : | **CIVIL ACTION** |
| v. | : | **No. 25-44** |
| | : | |
| **JENKINS COURT REALTY CO., L.P.** | : | |

## WRIT OF ASSISTANCE

TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF PENNSYLVANIA:

You are hereby authorized and directed to assist Trigild IVL, LLC, the Court-appointed receiver ("Receiver"), in recovering possession of the Premises described below. You are further authorized and directed to take all necessary actions, including the use of reasonable force, to enter the Premises, and to eject from the Premises SBG Management Services, Inc. and any other persons who may obstruct or interfere with execution of this writ; and to remain on and secure the Premises until the Receiver has changed the locks.

Service of this writ shall be made by a United States Marshal or deputy marshal, by either handing a copy to the manager, clerk, or other person for the time being in charge of the Premises, or by posting a copy conspicuously on the Premises. Proof of service must be made under Rule 4(l). This writ may be executed on or after the sixteenth day following service.

**Description of Premises:** 610 Old York Road, Jenkintown, Pennsylvania 19046, Suite 375, containing approximately 8,000 square feet.

**NOTICE TO SBG MANAGEMENT SERVICES, INC.: If you, and all occupants of this property not authorized by the owner to be present thereon, do not vacate this property within 15 days after the date of this notice, the law authorizes me to use such force as may be necessary to enter upon the property, by the breaking in of any door or otherwise, and to eject you and all unauthorized occupants.**

GEORGE WYLESOL
Clerk of Court


*Seal of the Court*                    BY: _____

(*Deputy Clerk*)