**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ICON PSG 1 FL, LLC** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 25-44 |
| | : | |
| **JENKINS COURT REALTY CO., L.P.** | : | |

## ORDER

This 10th day of November, 2025, it is hereby **ORDERED** that a hearing will be heard for further consideration of Trigild's Motion to Modify the Lease of Jenkins Storage, LLC, ECF 32, on December 3, 2025, at 9:30 a.m. in Courtroom 9B, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania. Trigild is hereby directed to promptly serve this Order upon Jenkins Storage, LLC, together with its prior motion.

    /s/ Gerald Austin McHugh
United States District Judge